1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
ARMANDO ABREU,

Case No. 1:21-cv-00303-DAD-SKO (PC)

12
Plaintiff,

13
v.

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS DUPLICATIVE AND MOOT**

14
GAVIN NEWSOM, et al.,

15
Defendants.

(Doc. 16)

16

17
          Plaintiff Armando Abreu is a state prisoner appearing *pro se* in this closed civil rights

18
action. On March 3, 2021, the undersigned issued findings and recommendations to deny

19
Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) and to dismiss this action without

20
prejudice. (Doc. 8.) On April 9, 2021, District Judge Dale A. Drozd adopted the findings and

21
recommendations in full and closed this case. (Doc. 14.)

22
          On April 21, 2021, Plaintiff filed a new motion to proceed *in forma pauperis*. (Doc. 16.)

23
Because the Court already ruled on this matter, and this case is now closed, the Court DENIES

24
Plaintiff's motion as duplicative and moot.

25

26
IT IS SO ORDERED.

27
Dated:   __**April 22, 2021**__                    _____/s/ Sheila K. Oberto_____

28
                                                          UNITED STATES MAGISTRATE JUDGE